IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONALD BURDESS and KELLY BURDESS, individually and on behalf of all others similarly situated, | ) ) ) ) | 8:15CV454 |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

IT IS ORDERED that Plaintiffs' unopposed motion for extension of time (Filing No. 22) is granted, and, accordingly, that Plaintiffs shall have until March 21, 2016, to respond to Defendant's motion to dismiss (Filing No. 18) and motion to certify a question to the Nebraska Supreme Court (Filing No. 16).

DATED this 8th day of February, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge