IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DONALD BURDESS and KELLY BURDESS, individually and on behalf of all others similarly situated, | ) ) ) ) | 8:15CV454 |
|---|---|---|
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

IT IS ORDERED that Defendant's unopposed motion for extension of time (Filing No. 28) is granted, and, accordingly, that Defendant shall have until April 18, 2016, to file a reply regarding Defendant's motion to dismiss (Filing No. 18) and motion to certify a question to the Nebraska Supreme Court (Filing No. 16).

DATED this 25th day of March, 2016.

BY THE COURT:

s/ Richard G. Kopf
Senior United States District Judge