# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| DONALD BURDESS and KELLY BURDESS, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) Case No. 8:15-cv-00454-LES-CRZ ) ) |
| vs. | ) STIPULATION FOR DISMISSAL ) WITH PREJUDICE |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) |
| Defendant. | ) |

Plaintiffs Donald Burdess and Kelly Burdess and Defendant State Farm Fire and Casualty Company, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismissal with prejudice of the above captioned action, with each party to pay their own attorneys' fees and costs.

Dated this 10th day of April, 2017.

| DONALD BURDESS AND KELLY BURDESS, Plaintiffs | STATE FARM FIRE AND CASUALTY COMPANY, Defendant |
|---|---|
| By: /s/ Erik D. Peterson<br>    M. Austin Mehr (pro hac vice)<br>    Philip G. Fairbanks (pro hac vice)<br>    Erik D. Peterson (pro hac vice)<br>    Mehr Fairbanks & Peterson Trial Lawyers, PLLC<br>    201 West Short Street, Suite 800<br>    Lexington, KY 40507<br>    Telephone: 859-225-3731<br>    Facsimile: 859-225-3830 Email:<br>    amehr@austinmehr.com Email:<br>    pgf@austinmehr.com Email:<br>    edp@austinmehr.com<br><br>    and | By: /s/ Joseph A. Cancila, Jr.<br>Joseph A. Cancila, Jr. (pro hac)<br>Bar Number: 6193252 (Illinois)<br>Heidi Dalenberg (pro hac)<br>Bar Number: 6201041 (Illinois)<br>Jacob L. Kahn (pro hac)<br>Bar Number: 6296867 (Illinois)<br>Kevin B. Reidy (pro hac)<br>Bar Number: 6300651 (Illinois)<br>Riley Safer Holmes & Cancila LLP<br>Three First National Plaza<br>70 W. Madison Street, Suite 2900<br>Chicago, IL 60602<br>Telephone: (312) 471-8700<br>Fax: (312) 471-8701 |

| | |
|---|---|
| Eric R. Chandler<br>Law Offices of Eric R. Chandler, PC, LLO<br>Keeline Building<br>319 South 17th Street, Suite 522<br>Omaha, NE 68102<br>Telephone: 402-933-6858<br>Email: ericchandlerlaw@gmail.com | jcancila@rshc-law.com<br>hdalenberg@rshc-law.com<br>jkahn@rshc-law.com<br>kreidy@rshc-law.com<br><br>and<br><br>Mark C. Laughlin, # 19712<br>Robert W. Futhey, #24620<br>Fraser Stryker PC LLO<br>500 Energy Plaza, 409 S. 17th Street<br>Omaha, NE 68102<br>Telephone: (402) 978-5267<br>Facsimile: (402) 341-8290<br>mlaughlin@fraserstryker.com<br>rfuthey@fraserstryker.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of April 2017, I caused a true and correct copy of the foregoing to be served via electronic filing with the Clerk of the Court using the CM/ECF system, which effected service on all parties of record in this case.

/s/     Robert W. Futhey