IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONALD BURDESS and KELLY BURDESS, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | 8:15CV454 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |


This matter is before the Court on the stipulation for dismissal with prejudice (Filing No. 42).  The Court finds the stipulation should be approved and adopted.  Accordingly,

IT IS ORDERED the stipulation for dismissal is approved and adopted.  This action is dismissed with prejudice, each party to pay its own attorneys' fees and costs.

DATED this 11th day of April, 2017.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court